UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BIZ2CREDIT INC.,

                      Plaintiff,

    -against-

SHALINDER KULAR,

                      Defendant.
----------------------------------------X

: **Case No.**
  **14-CV-8223(ER)**

: **NOTICE OF APPEARANCE**

      NOTICE IS HEREBY GIVEN that, Edward Weissman, Esq., hereby appears in this action as counsel for plaintiff Biz2Credit Inc.

Dated: New York, New York
       November 13, 2014

                      LAW OFFICES OF EDWARD WEISSMAN

              By: _____
                   Edward Weissman, Esq. (EW-1340)
                   Attorney for Plaintiff
                   Biz2Credit Inc.
                   60 East 42nd Street, Ste. 557
                   New York, New York 10165
                   Tel.: (212) 937-1520